**Order entered January 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01202-CR

**JOHN WASHINGTON PAULEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-40833-K**

## ORDER

We **GRANT** Official Court Reporter Janice E. Garrett's January 2, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/ LANA MYERS
   JUSTICE